UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.  4:13-MJ-20-MGN-3 |
| | ) | |
| BLANDINE JOSEPH | ) | |
| Defendant. | ) | |

Entry for April 18, 2013

Before the Hon. Michael G. Naville, Magistrate Judge

Comes now the Court upon the Defendant's Motion for Probable Cause Hearing and the Government's Motion for Detention.  A Preliminary Examination and Detention Hearing were held on April 16, 2013, wherein the issues of probable cause and detention were taken under advisement.

The Court having heard the evidence, proffers from counsel, the testimony of Special Agent Jeff Ehringer and after reviewing the exhibits presented, and having taken judicial notice of the affidavit of Special Agent John Ely attached to the Complaint and the Pretrial Services Report, now finds and orders as follows:

**ISSUE OF PROBABLE CAUSE**

The Court finds on the basis of Exhibits 1-4, showing transactions at different stores on March 30th and April 3rd, in which the Defendant Joseph participated, that there is probable cause to believe that Defendant Joseph either directly participated in or at least aided and assisted others in knowingly and with intent to defraud others

while possessing fifteen or more devices which were either counterfeit or unauthorized access devices in violation of 18 U.S.C. 1029(a)(3).

## ISSUE OF DETENTION

On the issue of detention, the Court finds that Defendant correctly argues that these charges are not charges that would fall under the hearing of a "presumptive case" under 18 U.S.C. 3142(e). That would mean that the only way the Court could determine whether or not Defendant can be incarcerated pending trial under the Bail Reform Act of 1984, is if this Court finds Defendant is a risk of flight (18 U.S.C. 3142(f)(2)(A)) or that Defendant is a serious risk to obstruct or attempt to obstruct justice, or threaten, injure or intimidate or attempt to threaten, injure or intimidate, a prospective witness or juror. (18 U.S.C. 3142(f)(2)(B)).

On the issue of risk of flight, the Court is guided by 18 U.S.C. 3142(g) which enumerates the factors the Court must consider in deciding whether or not a defendant should or should not be detained pending trial. Reviewing these factors, this Court would find as follows:

The weight of the evidence against the Defendant would appear to be great. Family ties (14 year-old son), employment and financial resources are weak to average. Length of residence in the community shows a lack of stability in that Defendant is maintaining a residence in New York as well as Massachusetts. Defendant's prior conduct and criminal history would report that the Defendant has eleven arrests in the last eleven years, four of which were dismissed and four of which are currently pending.

Most of the current charges seem to revolve around Larceny, Forgery, and more importantly Theft of Credit Cards.  Defendant does not appear to have a history of drug or alcohol abuse.  The Court notes this Defendant has used three different names in the last eleven years, and Counsel has informed the Court that this is because of marriage and divorce.  However, this cannot be verified as Defendant elected not to provide information to the U.S. Probation Officer, which is her right to do.

It is noted that it is stated under 18 U.S.C. 3142(g)(3)(B), that one of two factors the Court must determine is whether "at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law."  As noted, the Defendant has four other arrests pending.

Given the above, the Court now finds that the Defendant is a flight risk.  Therefore, the Government's Motion for Pretrial Detention (Dkt. No. 48) is GRANTED, and Defendant is ordered detained pending trial in this matter.

_____
Michael Naville
United States Magistrate Judge
Southern District of Indiana

Copies:

All counsel of record via CM/ECF

U.S. Probation

U.S. Marshal