# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

*46 East Ohio Street, Room 105*  
*Indianapolis, Indiana*  
*46204*

*921 Ohio Street*  
*Terre Haute, Indiana*  
*47807*

*101 Northwest MLK Boulevard*  
*Evansville, Indiana*  
*47708*

*121 West Spring Street*  
*New Albany, Indiana*  
*47150*

June 14, 2016

Re: UNITED STATES OF AMERICA v.
BLANDINE JOSEPH
Cause Number:
4:13–cr–00015–TWP–VTW

TO ALL COUNSEL OF RECORD:

      Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge Michael G. Naville to the docket of Judge Van T. Willis on June 14, 2016. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 4:13–cr–00015–TWP–VTW should be used on all future filings.**

      Sincerely,

      Laura A. Briggs, Clerk of Court

      By: s/Maggie Gilstrap
      Maggie Gilstrap, Deputy Clerk