PROB 22
(Rev. 9/13)

FILED
12:47 pm, Jun 27, 2016
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER (Transferring Court)** | 4:13CR00015-1 |
| **DOCKET NUMBER (Receiving Court)** | 16 cr 335 (LDW) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Blandine Joseph<br>Central Islip, New York | SD/IN | Indianapolis |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Tanya Walton Pratt<br>U.S. District Court Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>June 5, 2015 | TO<br>June 4, 2018 |
|---|---|---|

**OFFENSE**

Possession of Counterfeit and Unauthorized Access Devices, Conspiracy to Use Counterfeit Access Devices, Conspiracy to Commit Bank Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of New York_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/17/2016                    Hon. Tanya Walton Pratt, Judge
Date                         United States District Court
                             Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the _Eastern_ District of _New York_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/22/16                      United States District Judge
Date

**FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 22 2016 ★

LONG ISLAND OFFICE**